# United States District Court

Southern DISTRICT OF California

2008 JUL 31 PM 1:47
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**NOT FOR PUBLIC VIEW**
FILED

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
Express Mail EH291591521US addressed to Sonda Gonzales, #000 #110 2720 Plaza Blvd. Ste o National City, CA 91950.

## SEARCH WARRANT

CASE NUMBER: '08 MJ 2341

TO: P. G. Garn, Postal Inspector          and any Authorized Officer of the United States

Affidavit(s) having been made before me by P. G. Garn _____ who has reason to
                                                    Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
The above described Mail article, which is in the custody of the U.S. Postal Service

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)
Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846 which is evidence and contraband.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___8/9/08___
                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   JAN M. ADLER
                                                                                                    U. S. Judge or Magistrate
as required by law.

7/30/08 @ 1:49 p.m.                    at          SAN DIEGO, CALIFORNIA
Date and Time Issued                               City and State

JAN M. ADLER
U.S. MAGISTRATE JUDGE                              [signature]
Name and Title of Judicial Officer                 Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7-30-2008 | 7-30-2008 approx 1543 hrs | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

P.G. GARN and R.L. TANAEL Postal Inspectors

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express Mail EH291591521US

To Sanda Gonzales
#000 #110 2720 Plaza Blvd Ste O
National City CA 91950

From Pablo Cesar G
5749 S Spaulding
Chicago, IL 60629

- Envelope
- Bubble mailer hand printed to Gonzales scratched out Rosete
- Instyle Magazine with pages taped together containing

120 × $50

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_P G Garn_

Subscribed, sworn to, and returned before me this date.

_U.S. Judge or Magistrate_     7/31/08